GUNTHER, Respondent, v. GUNTHER, Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Helen B. Gunther against Charles V. V. Gunther. J. H. Dougherty, for appellant. R. L. Moffatt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

HAGEN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by Gustof Hagen, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Order reversed, with costs, and motion for new trial denied. Held, that on the merits the order should not have been granted, and also that it was improper to consider on the motion the affidavits of the jurors.

---

HALE et al., Appellants, v. STILLMAN, Respondent. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by William H. Hale and others against James Stillman. A. E. Sander, for appellants. J. A. Garver, for respondent. No opinion. Judgment affirmed, with costs.

---

HALL, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by Loretta Hall against the Interurban Street Railway Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $3.500, in which event judgment and order unanimously affirmed, without costs.

---

HAMILTON, Respondent, v. BOND, Appellant. (Supreme Court, Appellate Division,

Third Department, June 29, 1905.) Action by William C. Hamilton against William W. Bond.

PER CURIAM. Judgment and order affirmed, with costs.

SMITH and CHASE, JJ., dissent.

---

In re HARRIS. (Supreme Court, Appellate Division, First Department. June 16, 1905.) In the matter of Arthur N. Harris. No opinion. Motion granted.

---

HARTMEN v. GREENE. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by Richard J. Hartmen against William C. Greene. No opinion. Motion denied, with $10 costs.

---

HAYS v. HATHAWAY. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) Action by Washington D. Hays against Charles F. Hathaway. No opinion. Motion to dismiss appeal granted, with $10 costs.

---

HAYWARD et al. v. EMPIRE STATE SUGAR CO. et al. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by Thomas J. Hayward and others against the Empire State Sugar Company and others. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs, upon the ground that an appeal may be taken as of right.

---

HEALEY, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Term. May 23, 1905.) Appeal from Municipal Court, Borough of Manhattan, Third District. Action by Catherine Healey against the New York City Railway Company. From a judgment for plaintiff, defendant appeals. Affirmed. William E. Weaver, for appellant. Patrick J. O'Beirne, for respondent.

PER CURIAM. None of the exceptions to which our attention has been called were well taken. The judgment is warranted by the evidence. Judgment affirmed, with costs.

---

HEALY, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by Patrick Healy, as administrator, etc., of Bridget Healy, deceased, against the United Traction Company. No opinion. Judgment and order reversed, as against the weight of evidence, and new trial granted, with costs to appellant to abide event.

---

HEINZE, Respondent, v. D. O. HAYNES & CO., Appellant, two cases. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by F. Augustus Heinze against D. O. Haynes & Co. R. S. Baldwin, for appellant. F. Bien, for respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.